**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                             **ORDER**
                                      Criminal File No. 04-328 (MJD)

(1) CURTIS PAUL KINGBIRD,

      Defendant.
_____

Timothy Rank on behalf of Erica MacDonald, Assistant United States Attorney, Counsel for Plaintiff.

Andrea George, Federal Public Defender, Counsel for Defendant.
_____

      The Court finds Defendant Curtis Paul Kingbird has violated his conditions of supervised release.  Accordingly, **IT IS HEREBY ORDERED** that:

1.     Kingbird's supervised release is revoked and the following sentence is imposed:

    a.     Defendant is placed back on supervised release until the original expiration date of June 15, 2009, under the same mandatory, standard, and special conditions previously ordered by the Court, as modified below.

    b.     The conditions of supervised release are modified to include the following special condition:

        Defendant shall reside for a period of 3 months in a community

      corrections center as approved by the probation officer and shall observe the rules of that facility. The Court specifically orders placement at Centre Inc, 123 15th Street North, Fargo, North Dakota 58107. Defendant is to follow all rules and regulations of the facility with no violations. Defendant is afforded work-release privileges. However, Defendant must be in compliance with any drug, alcohol, and mental health programming deemed necessary by the probation officer and community corrections staff to be afforded work-release privileges.

2. Defendant is remanded to the custody of the U.S. Marshals Service. It is hereby ordered that the U.S. Marshals Service transport the defendant to Centre Inc. in Fargo, North Dakota. An opening is available in the program for Defendant on March 28, 2006.

Dated:  March 7, 2007                      s / Michael J. Davis
                                                                Judge Michael J. Davis
                                                                United States District Court